UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **5:23-cv-00165-MCS (MAA)** | Date: **October 5, 2023** |
| Title  **Elnora Myles v. Jennifer Core et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**     Order to Show Cause

On June 26, 2023, the Court issued a Scheduling Order regarding discovery and pretrial motions.  ("Order," ECF No. 28.)  Among other deadlines, the Order required each party to file and serve a Status Report on or before **September 21, 2023**, and every three months thereafter.  (*Id*. at 1.)

To date, no party has filed a Status Report.  Plaintiff is **ORDERED TO SHOW CAUSE** by **November 6, 2023** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order.  Defendants are **ORDERED TO SHOW CAUSE** by **November 6, 2023** why the Court should not recommend that sanctions be imposed against them for failure to comply with a Court order.  If the parties each file a Status Report on or before that date, the Order to Show Cause will be discharged against such party, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* C.D. Cal. L.R. 41-1.

It is so ordered.