1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    ELNORA MYLES,                          Case No. 5:23-cv-00165-MCS (MAA)

12                        Plaintiff,

13         v.                                **ORDER ACCEPTING FINDINGS
                                             AND RECOMMENDATIONS OF**
14    JENNIFER CORE et al.,                  **UNITED STATES MAGISTRATE**
                                             **JUDGE**
15                        Defendants.

16

17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

19    Complaint (ECF No. 11); the briefs and documents filed in support of and in

20    opposition to Plaintiff's Motion to Amend Complaint (ECF No. 30); the proposed

21    Second Amended Complaint (ECF No. 30-1); the other records on file herein; and

22    the Report and Recommendation of United States Magistrate Judge (ECF No. 38).

23    Further, the time for filing objections has expired and no objections have been

24    made.  The Court accepts the findings and recommendations of the Magistrate

25    Judge.

26         **IT THEREFORE IS ORDERED** that:

27         (1)    The Report and Recommendation of United States Magistrate Judge is

28                **ACCEPTED**; and

1     (2)    The Motion is **DENIED**.

DATED: December 1, 2023

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE